# United States District Court
## Southern District of Indiana

*Laura A. Briggs*
*Clerk of the Court*

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

921 Ohio Street
Terre Haute, Indiana
47808

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

February 15, 2012

Clerk of the Court
Lloyd D. George US Courthouse
333 Las Vegas Blvd S 1st Floor
Las Vegas NV 89101-7065

Dear Clerk:

           RE:    United States of America
                    -v-
                  JUSTIN TODD MOSS
                  Cause No.: 1:12-MJ-137
                  Your Cause No.:2:07-cr-74-PMP-L

      The above named defendant is ordered removed to your district by the United States District Court, Southern District of Indiana, Indianapolis Division.

      Enclosed please find certified copies of the entire file along with a certified copy of the docket sheet.

      Please acknowledge receipt on the copy of this letter.

                  Very truly yours,

                  Laura A. Briggs, Clerk

                  By: *Cindy B. Urich*
                         Deputy Clerk